PD-0444-15

PD-0444-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/20/2015 11:03:14 AM
Accepted 4/21/2015 2:53:08 PM
ABEL ACOSTA
CLERK

IN THE COURT OF CRIMINAL APPEALS OF TEXAS

| | | |
|---|---|---|
| DEZMONE PINKSTON, | § | |
| *APPELLANT* | § | |
| | § | |
| V. | § | NO. _____ |
| | § | |
| THE STATE OF TEXAS, | § | |
| *APPELLEE* | § | |

### STATE'S MOTION TO EXTEND TIME TO FILE
### PETITION FOR DISCRETIONARY REVIEW

COMES NOW the State of Texas, by and through Sharen Wilson, the

Tarrant County Criminal District Attorney and files this the State's Motion to

Extend Time to File Petition for Discretionary Review in the above captioned

appeal and for cause would show:

I.

The court of appeals below is the Court of Appeals for the Second Court of

Appeals District. The style and number of the case in the Fort Worth Court is

*Pinkston v. State*, No. 02-14-00041-CR.

II.

On March 19, 2015, the Fort Worth Court issued an opinion reversing the

trial court's judgment. *See Pinkston v. State*, 2015 WL 1262919, No.

02-14-00041-CR (Tex. App.—Fort Worth March 19, 2015) (mem. op., not for

publication). The State did not file a motion for rehearing.

FILED IN
COURT OF CRIMINAL APPEALS

April 21, 2015

ABEL ACOSTA, CLERK

## III.

The current deadline for filing the State's petition for discretionary review is April 20, 2015. The State now requests an extension of 30 days – until May 20, 2015 – to file the State's petition. The State has not previously requested an extension of time to file a petition for review in this case.

## IV.

This extension is not for the purposes of delay, but rather so that undersigned counsel may adequately set forth the State's position in its grounds for review. The undersigned has been working not only on this PDR, but on the State's reply briefs in *Gray v. State*, No. 02-14-00249-CR; *Guzman v. State*, 02-14-00297-CR; and a petition for review in *Isbell v. State*, No. 02-14-00124-CR.

Wherefore, the State prays that the Court grant an extension of 30 days to May 20, 2015 for filing the State's petition for discretionary review.

Respectfully submitted,

SHAREN WILSON
Criminal District Attorney
Tarrant County, Texas

DEBRA WINDSOR
Assistant Criminal District Attorney
Chief, Post-Conviction
Tarrant County, Texas

/s/ James Gibson_____
JAMES GIBSON, Assistant
Criminal District Attorney
401 W. Belknap Street
Fort Worth, Texas 76196-0201
(817) 884-1687
FAX (817) 884-1672
State Bar No. 00787533
COAAppellateAlerts@TarrantCounty.com

## CERTIFICATE OF SERVICE

A copy of the State's Motion to Extend Time to File Petition for Discretionary Review has been e-served to opposing counsel, the Hon. Maggie McBride, maggiemcbride@charter.net, 2000 Carson St., Fort Worth, Texas 76117, on April 20, 2015.

/s/ James Gibson_____
JAMES GIBSON

H:\GIBSON.G17\MOTIONS\Pinkston; ext to file pdr.docx

3